

November 18, 2019

**Mr. Javier Tapia**
1210 Essex Avenue
Richmond, Virginia 23229-6514

**Dear Mr. Tapia:**

Please be advised that effective immediately you are being placed on a paid administrative leave, pending a review of matters that have been brought to the attention of the School of the Arts. During this review, you are expected to fully cooperate in this process. While on administrative leave, you are not to perform any work associated with your faculty position at Virginia Commonwealth University.

While on administrative leave, you are to have no contact of any kind with any VCU faculty, staff, or students. Contact includes in-person contact, telephone calls, text messages, emails, Facebook, Twitter, or other forms of messaging or social media contacts. If you or someone acting on your behalf initiates any contact with any VCU or VCU faculty, staff, or students in violation of this directive, you may be subject to additional administrative action by the university administration.

In addition, you are not permitted on university property or in any of its buildings or facilities. Your computer access will be deactivated for the duration of your leave. Should you need to visit the campus for any reason, it must be authorized in advance by me.

By the end of the work day tomorrow, please deliver your university issued keys, VCU ID and any other university property such as a laptop to the Dean's Office. If you need personal items from your office, you will be given a few minutes to collect them prior to your departure or you may contact me to arrange to pick them up in the next few days.

Also, please email me your current non-VCU email address and telephone number(s) where you can be reached during the day while on leave. You are responsible for checking the email address you provide at least daily for correspondence from the university.

Please understand this letter and your administrative leave status are not disciplinary in nature; however, should you take any action in conflict with the terms of this paid administrative leave including the communication restrictions, your leave status may be changed to leave without pay and you may be subject to formal disciplinary action, up to and including termination from employment.

If you have any questions about your leave status or other employment-related matters as the review continues, you can contact me at brixey@vcu.edu.

Respectfully,

*[signature]*

**Shawn Brixey**
Dean, VCU School of the Arts
Special Assistant to the Provost for the School of the Arts in Qatar

School of the Arts
**Office of the Dean**

Pollak Building, Room 201
325 North Harrison Street
P.O. Box 842519
Richmond, Virginia 23284-2519

**804 828-2787**
arts.vcu.edu

an equal opportunity/affirmative action university