## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| **JAVIER TAPIA,** | ) | |
| *Plaintiff* | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:18CV00899** |
| | ) | |
| **MICHAEL RAO, et al.** | ) | |
| *Defendants* | ) | |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff, Javier Tapia, by counsel, respectfully requests that the Court enter a preliminary injunction to restore the *status quo ante* until a judgment on the merits of Plaintiff's claims is entered by enjoining the Defendants from continuing their constitutional violations during the pendency of this litigation.

A preliminary injunction is warranted here because Professor Tapia is likely to succeed on the merits, will suffer irreparable harm in the absence of such relief, and because the balance of the equities and public interest weigh in favor of granting such relief. Plaintiff refers the Court to the accompanying Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction for additional support for this motion. For the reasons contained therein, the Plaintiff respectfully requests that his Motion for a Preliminary Injunction be granted.

Respectfully submitted,
JAVIER TAPIA
By Counsel

_____
/s/
Tim Schulte (VSB # 41881)

1

Blackwell N. Shelley, Jr. (VSB #28142)
Shelley Cupp Schulte, P.C.
2020 Monument Avenue
Richmond VA 23220
(804) 644-9700
(804) 278-9634 [facsimile]
schulte@scs-work.com
shelley@scs-work.com


Timothy E. Cupp (VSB # 23017)
Shelley Cupp Schulte, P.C.
1951 Evelyn Byrd Avenue, Suite D
Harrisonburg, VA  22803
(540) 432-9988
(804) 278-9634 [fax]
cupp@scs-work.com


Rodney A. Smolla (VSB # 32768)
4601 Concord Pike
Wilmington, Delaware 1803
(864) 373-3882
(804) 278-9634 [fax]
rodsmolla@gmail.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kevin D. Holden, Esquire
Lindsey A. Strachan, Esquire
David E. Nagle, Esquire
Jackson Lewis P.C.
P.O. Box 85068
Richmond, VA  23285
kevin.holden@jacksonlewis.com
lindsey.strachan@jacksonlewis.com
david.nagle@jacksonlewis.com

*Counsel for Defendants*

_____/s/_____
Tim Schulte (VSB # 41881)
Shelley Cupp Schulte, P.C.
2020 Monument Avenue, First Floor
Richmond VA  23220
(804) 644-9700
(804) 278-9634 [fax]
schulte@scs-work.com

3