**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **JAVIER TAPIA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:18-cv-899** |
| | ) | |
| | ) | |
| **MICHAEL RAO, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF CORRECTION**

The Plaintiff, Javier Tapia, by counsel, gives notice that he is filing herewith a corrected Exhibit 9 to his Memorandum in Opposition to the Defendants' Motion for Summary Judgment, to be used in lieu of the placeholder Exhibit 9 filed with that Memorandum.

Respectfully submitted,

**JAVIER TAPIA**

By Counsel

___/s/_Blackwell N. Shelley, Jr._______
Blackwell N. Shelley, Jr. (VSB # 28142)
Tim Schulte (VSB # 41881)
Shelley Cupp Schulte, P.C.
2020 Monument Avenue, First Floor
Richmond VA 23220
(804) 644-9700
(804) 278-9634 [fax]
shelley@scs-work.com
schulte@scs-work.com

__________/s/___________________
Timothy E. Cupp (VSB # 23017)
Shelley Cupp Schulte, P.C.
1951 Evelyn Byrd Avenue, Suite D
Harrisonburg, VA 22803

(540) 432-9988
(804) 278-9634 [fax]
cupp@scs-work.com

____________/s/____________________
Rodney A. Smolla (VSB # 32768)
4601 Concord Pike
Wilmington, Delaware 19803
(864) 373-3882
(804) 278-9634 [fax]
rodsmolla@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of July, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kevin D. Holden, Esquire
Lindsey A. Strachan, Esquire
David E. Nagle, Esquire
Jackson Lewis P.C.
P.O. Box 85068
Richmond, VA 23285
kevin.holden@jacksonlewis.com
lindsey.strachan@jacksonlewis.com
david.nagle@jacksonlewis.com

_______/s/_______________________
Blackwell N. Shelley, Jr. (VSB # 28142)
Shelley Cupp Schulte, P.C.
2020 Monument Avenue, First Floor
Richmond VA 23220
(804) 644-9700
(804) 278-9634 [fax]
schulte@scs-work.com